MORRIS GOLDENBLUM, Respondent, v. PHILIP ROTHMAN, Appellant.— Order denying motion to dismiss complaint and for summary judgment on defendant's counterclaim affirmed, with ten dollars costs and disbursements. The record does not disclose that breach of warranty was an issue tried in the City Court action. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

MARY GRACE HORRIGAN, Respondent, v. JOHN P. HORRIGAN, Appellant.— Order directing modification of final judgment of divorce affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

THE IRVMOR CORPORATION, Respondent, v. CHARLES RODEWALD, etc., Appellant.— Order for examination of defendant before trial modified by striking therefrom the following items: whether said defendant knew that said Charles A. Haas was acting as agent for plaintiff in the sale of the premises; and whether defendant subsequent to April 12, 1926, conveyed or made any contract or contracts to convey the premises described in the complaint. As so modified, the order is affirmed, without costs. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of WATERBURY TRUST COMPANY, Respondent, v. MORRIS DICTEROW, Appellant.— Order adjudging judgment debtor guilty of contempt of court, and order denying motion for reargument affirmed, with ten dollars costs and disbursements. This court desires to express its disapproval of the action of the managing clerk of the attorney of the judgment creditors in signing the judgment debtor's name on the application for adjournment, even though such signing was at the judgment debtor's request. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

NATHAN KAPLAN, Respondent, v. WILLIAM KAPLAN, Appellant, Impleaded with CHARLES KAPLAN, Defendant.— Order granting plaintiff's motion to confirm referee's report affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.